| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JORGE ERNESTO TINOCO | ) | |
| a/k/a Eli Valle | ) | |

For good cause shown, the United States' unopposed Motion for Temporary Removal of

Defendant from Marshal's Custody is hereby GRANTED. It is hereby ORDERED that the

United States Marshal Service shall permit the Internal Revenue Service Special Agents Shan-

Tika Watkins and Bennett Strickland to remove Defendant from its custody for one day,

November 4, 2013. It is further ORDERED that the agents shall contact the United States

Marshal Service in advance to make necessary arrangements the day the Defendant is removed

from the Marshal's custody. It is further ORDERED that the agents shall employ appropriate

physical security restraints at all times that the Defendant is in their custody.

This 1 November 2013.


_____
W. Earl Britt
Senior U.S. District Judge